UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LYNNETTE AULT, NAN BARBER, JEANNE :
BUHL, SUSAN CLARKE, DEBRA DINSLAGE, :
JANICE EVERITT, SUSAN GIESCHEN, KARIE :
HEUER, BETTY HOOPS, CAROL HUNT, :
THOMAS KUTSCHKAU, JEAN MULLER, :
ALLEN NIEDBALSKI, MARY PARKER, :
NANCY REIMERS, ANGELA SMITH, :
SHIRLEY STAUFFER, KAREN STEPP, MEL :
STEWART, KAREN SWOBODA, :
:
    Plaintiffs                                    :     Civil Action
v.                                               :     No. 04-11162-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

        Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 22, 2004<br>       Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| | One Beacon Street |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br><br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |